# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kiran Dhawan<br>　　　　　　　　Debtor(s)<br><br>PNC BANK NATIONAL  ASSOCIATION, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br>Kiran Dhawan<br>　　　　　　　　Debtor(s)<br><br>Bonnie B. Finkel<br>　　　　　　　　Trustee | CHAPTER 7<br><br><br><br>NO. 18-16459 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Entry of Appearance and Request for Notices of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY which was filed with the Court on or about **10/17/18; Docket #11.**

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　412-430-3594

November 19, 2018